**Order filed February 14, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00927-CV
_____

### STEPHANIE LYNN CHATHAM, Appellant

### V.

### BLAKE DWAYNE DOOLAN, Appellee

**On Appeal from the 328th District Court
Fort Bend County, Texas
Trial Court Cause No. 17-DCV-241661**

## ORDER

On February 8, 2019, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with the rules by failing to (1) contain an index of authorities, and (2) contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record. *See* Tex. R. App. P. 38.1(c) and (i).

Accordingly, we order appellant's brief filed February 8, 2019, stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate

Procedure **within fifteen (15) days** of the date of this order. *See* Tex. R. App. P. 38.1.

If appellant files another brief that does not comply with Rule 38, the court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.